**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard L Pickett, | No. CV-26-00159-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| LexisNexis Risk Solutions Incorporated, et al., | |
| Defendants. | |

Plaintiff Richard L. Pickett was granted leave to proceed in forma pauperis and he now seeks an exemption from PACER fees. (Docs. 6, 11.) Pickett argues he has limited financial resources and PACER fees impose "an undue financial burden" on him that will impair his ability to litigate this case. (Doc. 11 at 2.)

"The fact that a party was granted in forma pauperis status is insufficient on its own to establish that an exemption [from PACER fees] is necessary." *Altamirano v. Arizona Bd. of Regents*, No. CV-25-02257-PHX-JJT, 2026 WL 509096, at *1 (D. Ariz. Feb. 24, 2026). Pickett is already entitled to "one free electronic copy of all documents filed electronically and free viewing of judicial opinions." *Id.* In addition, "[t]he first $30.00 of PACER access over a quarterly billing cycle is free." *Id.* Pickett has not established how his ability to litigate this case will be hampered given his current ability to access for free the filings in this case and up to $30.00 of other filings.

/

/

Accordingly,

**IT IS ORDERED** the Motion for Exemption (Doc. 11) is **DENIED**.

Dated this 26th day of March, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**